Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

*Related DDJ*

# UNITED STATES DISTRICT COURT
### for the
SOUTHERN District of CALIFORNIA

RIVERSIDE Division

CLERK, U.S. DISTRICT COURT

MAY 2 3 2023

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION ___ BY DEPUTY

*No CV71*
*No CV30*

ED    CV Case No. 23 - 00941-JLS(SP)

(to be filled in by the Clerk's Office)

MICHAEL DWAYNE DOLTON

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

(MARCIA) STEVES TOWING

_____
Defendant(s)
*(Write the full name of each defendant who is being sued.  If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.  Do not include addresses here.)*

Jury Trial: *(check one)* ☐ Yes  ☐ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## (Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files.  Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number.  A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I.      **The Parties to This Complaint**

A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name        MICHAEL DWAYNE BOLTON
Address     19460 CLARK STREET
            PERRIS                 CA.        92570
                        *City*          *State*      *Zip Code*
County      RIVERSIDE
Telephone Number    040 259 9905
E-Mail Address      BOLTONMICHAEL420@GMAIL.COM

B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
Name        STEVE'S TOWING "MARCH"
Job or Title *(if known)*   IMPOUND/STORAGE CLERK
Address     152 W. MOUNTAIN AVENUE
            PERRIS                 CA        92570
                        *City*          *State*      *Zip Code*
County      RIVERSIDE
Telephone Number    (951) 940 7960
E-Mail Address *(if known)*   UNK

☐ Individual capacity    ☑ Official capacity

Defendant No. 2
Name        JOHN JANE DOE'S
Job or Title *(if known)*   ATTENDENTS STEVES IMPOUND BUS.
Address     152 MOUNTAIN AVENUE
            PERRIS                 CA        92570
                        *City*          *State*      *Zip Code*
County      RIVERSIDE, CA.
Telephone Number    (951) 940.7960
E-Mail Address *(if known)*   UNK

☐ Individual capacity    ☑ Official capacity

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

                                       *City*              *State*            *Zip Code*

    County

    Telephone Number

    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

                                         *City*              *State*            *Zip Code*

    County

    Telephone Number

    E-Mail Address *(if known)*

    ☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐    Federal officials (a *Bivens* claim)

    ☑    State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*(ATTACHED FIRST PAGE)*

UNDER SECTION 1983, 42, U.S.C STATE AND LOCAL OFFICALS

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*ATTACHED FIRST SECOND pg.*

*STATED ON SEPERATE CONTINUATION (C).*

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. *ATTACHED FIRST, SECOND, AND third pg.*

*THE USED STATEMENT WAS ABANDONED DUE TO THE*

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur? *SEE EXHIBIT (A) ATTACHED*

*THE SHERIFF AS THE MUNICIPALITIES DAVID THOMAS*

B.  What date and approximate time did the events giving rise to your claim(s) occur?

*ON FEBRUARY 14th 2023 THRU APRIL 17, 2023 + PRIOR.*

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*BEING HOMELESS MY LIVLIHOOD MEANS OF TRANSPORT*

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive.

MENTAL DISTRESS, UNABLE TO SUPPORT MYSELF AS
NORMAL CITIZENS MY VEHICLE WAS MY HOME. TO
THIS DATE I HAVE NOT SOUGHT MEDICAL ATTENTION
BUT HAVE MADE AN APPOINTMENT CERTAIN SYSTOMS
OF PHYSIQE AND LEG ISSUES. WHICH IS DUE JUNE 5, 2023
LOST OF APPITIGH FOOD! IN MY SITUATION, POST TRAMATIC
STRESS

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged.  Explain the basis for these claims.

INVESTIGATE THIS PRACTICE EDIT INJUCTIVE RELIEF TO
PRIMITIVE DAMAGE RELIEF. CONJOCTION COMPENSATORY
HAS BEEN CERTAIN TARGETS PRIORY AND PRESENTLY WHO IS
THE MAIN DRIVER OF THIS CIVIL RIGHTS VIOLATION. BECAUSE
IN CERTAIN SITUATION IT HAS ALSO CAUSED ME CIVIL LIBERTYS
AND LOST OF MY LIVILY HOOD, AND WELL BEING LEAVING ME AND
LOVE ONES LOSTES IN THE PAST POST TRAMATIC STRESS $27,000.00

Fro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *MAY 17, 2023*

Signature of Plaintiff

Printed Name of Plaintiff    *MICHAEL DWAYNE BOLTON*

### B.    For Attorneys

Date of signing:    *PRO PER, SE.*

Signature of Attorney    *ABOVE*

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|       | City | State | Zip Code |
| ----- | ---- | ----- | -------- |

Telephone Number

E-mail Address



1 CONTINUATION (B) BASIS FOR JURISDICTION C

2 (B) VIOLATES MY 4TH, 5TH, 7TH, 9TH AND 14TH DUE

3 PROCESS RIGHTS, DEPRIVATION RIGHTS

4 WHICH ARE SECURED IN STATUTES,

5 REGULATATION UNDER THE CONSTITUTION-

6 AL FEDERAL LAW.

7 (C) CONTINUATION; THE SHERIFF DEPARTME-

8 NT. MUNICIPALITIES OF THE COUNTY OF

9 RIVERSIDE WHICH REQUESTED THE TOW

10 UNDER 22669 CVC CALIFORNIA VEH-

11 ICLE CODE "ABANDONMENT." AT MY

12 RELEASE HEARING WHICH WAS STATED

13 FOR THEIR REASONING WAS NOT A TERM

14 STATED IN THE CVC CALIFORNIA VEHICLE

15 CODE.

16 "D" CONTINUATION; PLAINTIFFS REPAIRS

17 BEING DONE TO THE VEHICLE FOR A PER-

18 IOD OF TIME. THE VEHICLE WAS NOT ON

19 THE PUBLIC STREET FOR LESS THAN 24

20 HOURS PRIOR TO THE TOW IMPOUND/STO-

21 RAGE. PLAINTIFF WAS AT THE TIME DOING

22 REPAIRS ON CERTAIN COMPONENTS ON

23 THE VEHICLE WHEN I STEPPED AWAY

24 FOR A MOMENT WHEN AUTHORITY HAD

25 ARRIVED AND THE OFFICERS BODY CAM

26 SHALL SHOW THAT. ALTHOUGH I WAS HOME

27 LESS AND UNEMPLOYED THE MUNICIPALITY

28 WAS AWARE THAT THIS WAS MY SITUATION

1  CONTINUATION (D) AND MY FINANCE WAS
2  AT A MINIMUM AND DUE TO THE NATURE
3  OF MY MISFORTUNANT. THE GOOD CITIZENS
4  OF AMERICANS WOULD GIVE CHARITOL
5  ENCOURAGING SUPPORT, VIA DONATIONS
6  AND PLAINTIFFS CONTINUED TO PROCESS
7  WITH ANY FUNDS IN HAND, SO THAT I
8  MAY RETURN BACK TO WORK AT SOME
9  POINT. I APPREICATE THE RIGHTS WE
10 HAVE AS UNITED STATES CITIZENS,
11 THAT WE ALL LOVE AND ENJOY UNDER
12 THE CONSTITUTION.
13 (D) II STATEMENT OF CLAIM "CONT." A
14 GAVE CONSENT TO TOW THE VEHICLE AND
15 THE VEHICLE HAD NOT BEEN PARKED ON
16 THE PUBLIC STREET SINCE AROUND
17 AUGUST OF 2022 ON THE AREA OF 21000
18 FLORENCE AND CAJALCO, CITY OF MEAD
19 VALLEY. AND IT WAS TOWED ON FEBRU-
20 ARY 11, 2023 BY STEVES IMPOUND AND
21 STORAGE TOW. OF 152 W/ MOUNTAIN IN
22 PERRIS CALIFORNIA. WHICH I LATER
23 LEARNED AND I CALLED ON THE WEEK
24 END DAY SUNDAY 13th OF FEBRUARY
25 SEVERAL OCCASSION BUT TO NO AVAIL,
26 COULD I MAKE ANY CONTACT. TO CONTEST
27 THE FACT THAT THIS CONTRACT TOW.
28



1. IMPOUND SERVICE PROVIDES SERVICE
2. TO EXCEPTS AND IMPOUND CITIZENS
3. VEHICLE BUT NOT ANY TYPE OF WAY
4. FOR A CITIZEN TO RECOVER THEIR
5. PROPERTY / VEHICLE ON A SUNDAY WITH
6. NOTHING POSTED AT THIS PERIOD OF
7. TIME, BUT CITIZENS SHALL PAY A FULL
8. DAY IF PAYMENT OF A NORMAL 8 HR
9. A DAY JOB FOR A SERVICE THAT FELLS
10. MY CONSTITUTIONAL RIGHTS. I HAVE
11. HAD A GREAT NUMBER OF VEHICLES
12. IMPOUNDED IN THE PAST CLOSE TO THE
13. NUMBER OF EIGHT OR MORE AND THIS
14. GROWS A HUGH CONCERN ABOUT MY PAST
15. VEHICLES AND SITUATIONS WITH THIS
16. TOW IMPOUND / STORAGE. AND IF THIS
17. CONSTITUTIONAL CIVIL RIGHTS VIOLATION
18. PRACTICE BEEN IN PROCESS SINCE MY
19. VEHICLES BEGAN BEING TAKEN, WHICH
20. STARTED IN 2004 OF THOSE VEHICLES
21. I BELIEVE THAT IT IS VIABLLY NECESS-
22. ARY TO INVESTIGATE PLAINTIFF CLAIM
23. AND IF POSSIBLE I WOULD NEED TO
24. SUPENDA THE SHERIFF, IMPOUND AND
25. DMV TO ACCESS THE INFORMATION.
26.
27.
28.



# Perris Sheriff Station

# Phone: (951)210-1000

# Fax: (951)210-1030

To: Tow Company

From: Perris Sheriff Station covering Perris County, City of Perris, City of Menifee, and City of Canyon Lake

The vehicle release fees have been waved by Perris Station.

☐ Recovery   ☐ Repossessed   Other: _Towed_

Date: _2-24-23_

Name: _Michael Bolton_   ID number: _C 3623037_

File number: _PC 23042 0037_

Vehicle Information:

Year: _2003_   Make: _Merz C32_

License Plate number: _8T NA143_

Released by: _fl N789/_   Sheriff ID: _N789/_

3/20/18

# Riverside County Sheriff's Department

## Perris Sheriff Station

137 N. Perris Blvd., Ste A, Perris CA 92570   Phone: 951-210-1000/Fax: 951-210-1030

## Notice of Stored or Impounded Vehicle

Date Sent: 02/14/2023

Registered Owner(s):
DALTON, MICHAEL
9450 CLARK ST
PERRIS CA 92570

Legal Owner(s):
N/A

Number:          PC230420037
License Plate/VIN:    TK6435

Description:     2003 / MercedesBenz / C32 / Blue
Authority:       22669a V.C. - Abandoned vehicle
Tow Company:     Steve's Tow
                 152 W. Mountain Ave, Perris CA 9570, Phone: 951-940-7960

Date Towed: 02/11/2023
Available for Release: 02/11/2023

The vehicle identified here, registered in your name, was stored/impounded pursuant to the provisions of the California Vehicle Code by our agency identified in the letterhead. Under the provisions of Section 22852 V.C., you may request a hearing to determine the legality of this storage. If you chose to contest the legality of this storage, you must request the hearing in person at or in writing/by telephone to our office. The vehicle storage hearing is an informal process to determine whether or not a vehicle was stored legally.

Your request for a hearing must be received within ten (10) days from the date of this notice. If you request a hearing, it will be conducted within 48 hours of the request, excluding weekends and holidays. Your failure to request or attend a scheduled hearing shall satisfy the Post-Storage Validity requirements of Section 22852 V.C.

If the hearing determines the storage to be unlawful, we will be responsible for the towing and storage charges. If you have any questions, or if this vehicle is no longer owned by you, please contact our office.

I hereby certify that notices with postage prepaid were deposited in the US Mail and these notices, of which this is a copy, were addressed to the person named herein.

Title/ID#:  Sheriffs Records Clerk II (N6577)

### Vehicle Impound Cost Recovery (V.I.C.R.) Fee

In accordance with the California Vehicle Code (22850.5), fee must be paid to the County of Riverside or City on specific types of vehicle storages. This fee is in addition to whatever fees due to the tow company as a result of the towing/storage of the vehicle. This fee may be paid at the office during the business hours stated below. On weekends or after hours, the fees may be paid to the storage facility where the vehicle is stored if the vehicle is eligible for release, you must provide proof of current registration and insurance to get your vehicle back.

Business Office:   137 N. Perris Blvd., Ste A, Perris CA 92570  Phone: 951-210-1000/Fax: 951-210-1030
Business Hours:    Monday - Friday 8:00 a.m. - 4:30 p.m.

### Fees are payable in cash and personal checks only. No credit/debit cards will be accepted.

Fee: $92.00 -- Riverside County - General Vehicle Storage/Impound Release Fee

Signature of Person Taking Possession

# STEVE'S TOWING INC

P.O. BOX 355, LAKE ELSINORE, CA 92530
PH:951-940-7960 FAX:951-943-9865

DATE: 4-21-23

Steve's Towing Inc. towed a vehicle registered to you. The vehicle was towed from an accident or by contract with the municipality which requested the tow. It was placed in storage for the period of time specified by the C.V.C.

Year: 2003   Date Towed: 2-11-23 ✓

Make/Model: Mercedes C320   Sale Date: 4-17-23

VIN: A441742   License Plate: 8TnA143

Since there was no contact from the registered owner(s) the vehicle was liened and a notification letter mailed to the address on record with DMV. As we received no response or payment from you this vehicle was sold at a public auction. The vehicle has sold for less than the charges owed against it and as the legal registered owner(s) we are requesting payment from you. As of 4-21-23, the charges owed are:

Total charges at time of Auction: $3186.00

Auction Proceeds: -650.00

Amount Due: $2536.00

C.V.C states that the registered owner shall be considered responsible and liable for the vehicle abandonment and the cost of its removal and disposition. Any auction/sale proceeds have been applied toward the costs associated with towing, storage, and other associated fees and you are responsible for the remaining balance.

If Steve's Towing Inc. has not received a response from you within 30 days, we will proceed with collections. Failure to pay your account will force us to assign the unpaid debt to an outside collections company and legal action may be taken against you. It is our preference to work with you to clear up this debt. Please call us at (951) 940-7960 with any questions that pertain to this file.

Sincerely,

7960

Marca →
Steve's Towing Inc.
Collections Dept.
136843

bridge
HOME HEALTH HOSPICE

Clears lien 3/21
@ 1030 AM

storage
37 X 72 = 2,664      tow

308

Lien 70

total as of 3/20
3,042

www.bridgehh.com
www.bridgehc.com

## PERRIS STATION TOW COMPANIES

| | |
|---|---|
| **TOWN & COUNTRY TOW**<br>3121 Indian Avenue<br>Perris, CA 92570<br>Ph: (951) 943-6637<br>Fax: (951) 943-8967<br><br>Take Perris Blvd north to Rider Street. Turn left again onto Indian Avenue.<br>Rider Street and turn left again onto Indian Avenue. | **LAWLER'S TRIPLE L TOWING**<br>1090 Harley Knox Blvd<br>Perris, CA 92570<br>Ph: (951) 943-3335<br>Fax: (951) 943-3365<br><br>Take I-215 FWY north, exit Harley Knox Blvd.<br>Turn right onto Harley Knox Blvd . |
| **BROTHER'S TOWING**<br>228 W. Mountain Avenue<br>Perris, CA 92570<br>Ph: (951) 943-4802<br>Fax: (951) 940-1024<br><br>Take Perris Blvd south and turn left onto 11th Street.<br>Turn right onto Goetz Road, then right onto Mountain. | **STEVE'S TOWING**<br>152 W. Mountain Avenue<br>Perris, CA 92570<br>Ph: (951) 940-7960<br>Fax: (951) 943-9885<br><br>Take Perris Blvd south and turn left onto 11th Street.<br>Turn right onto Goetz Road, then right onto Mountain. |
| **AUTO AIDE**<br>845 W Nance Street<br>Perris, CA 92571<br>Ph: (951) 735-2180<br>Fax: (951) 443-1869<br><br>Take Perris Blvd N and turn left onto W. Markham<br>Street. Turn right onto W Webster Ave, then left<br>onto Nance St. | **WEST TOWING**<br>4615 Wade Avenue<br>Perris, CA 92571<br>Ph: (951) 657-3307<br>Fax: (951) 657-8748<br><br>Take I-215 FWY north, exit Harley Knox Blvd. Turn right<br>onto Harley Knox Blvd. Turn right onto Patterson Ave.<br>Turn right onto Markham Ave. Turn right onto Wade. |



ATTN; COURT CLERK:
UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT
OF CALIFORNIA RIVERSIDE
DIVISION
3470 12th STREET
RIVERSIDE, CA. 92501

MICHAEL D. BOLTON
19450 CLARK ST.
PERRIS, CA, 92570

RECEIVED
CLERK, U.S. DISTRICT COURT

MAY 23 2023

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

