JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. BOLTON,<br><br>   Plaintiff,<br><br> v.<br><br>STEVE'S TOWING, ET AL.,<br><br>   Defendants. | Case No. 5:23-cv-00941-JLS-AJR<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: November 19, 2024

               _____
               HON. JOSEPHINE L. STATON
               UNITED STATES DISTRICT JUDGE